FILED

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith, #52962-019 )
USP. Big Sandy          Plaintiff, )
DOB 2068 )
Inez. KY 41224 )
V.                               )

                                 )    COMPLAINT
                                 )
                                 )    Jury Trial Demand
                                 )
FEDERAL BUREAU OF         )
    INVESTIGATION,        )
                  Defendant. )

CASE NUMBER  1:06CV01026

JUDGE: Ellen Segal Huvelle

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 06/05/2006

## COMPLAINT

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and submits this Complaint to this Honorable Court pursuant to the Freedom of Information Act ("FOIA"), Title 5 U.S.C. § 552.

The Plaintiff sues the Defendant, Federal Bureau of Investigation, for cause of action put forth herein.

## JURISDICTION

1. This Court has jurisdiction pursuant to Title 5 U.S.C. § 552, Freedom of Information Act.

RECEIVED

MAY 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

— 1 —

## PARTIES

2. The Plaintiff, Gary L. Smith, is a sovereign Citizen of the union of several States (a.k.a. "united States of America") and an inhabitant of the Florida republic, committed as a prisoner to the custody of the federal corporation known as the United States Federal government, through it's Attorney General, who at all relevant times to this action, was warehoused at various locations of the Federal Bureau of Prisons. The Plaintiff's current address is: P.O. Box 2068; Inez, Kentucky [41224]. The Plaintiff's federal registration number is: 52962-019.

3. The Defendant, Federal Bureau of Investigation, is an organizational structure within the federal corporation known as the United States Federal government. It's offices are located at: Tenth Street and Constitution Avenue, NW; Washington DC [20530].

## FACTS

4. On November 23, 2004, the Plaintiff mailed to the Defendant a FOIA request (Exhibit #1), requesting disclosure of items from FBI's seizure number 3040-02-F-0133.

On December 6, 2004, the FBI acknowledged the Plaintiff's request and assigned it request number 1009611-000. (Exhibit #2)

On February 26, 2005, the Plaintiff notified the Defendant they were past due with a response to

the Plaintiff's initial request (see Exhibit #3).

There has been no further response from the Defendant regarding this FOIA request as of this date.

5)   On January 31, 2006, the Plaintiff mailed to the Defendant a FOIA request (see Exhibit #4), requesting various records pertaining to the Plaintiff.

There has been no further response from the Defendant regarding this FOIA request as of this date.

6)   On February 13, 2006, the Plaintiff mailed to the Defendant a FOIA request (see Exhibit #6), requesting the Defendant to provide their statutory and/or congressional authority.

There has been no further response from the Defendant regarding this FOIA request as of this date.

7)   On March 30, 2006, the Plaintiff mailed to the Defendant a FOIA request (see Exhibits #6 and #7), via Certified Mail [7002 3150 0003 9520 2067] and received by the Defendant on April 10, 2006 at 5:06am (see Exhibit #8), requesting a Vaughn Index (see Exhibit #7).

On May 2, 2006, the Defendant responded, refusing to provide the requested information. The Defendant did not provide any further administrative remedies available to the Plaintiff. (see Exhibit #9).

## RELIEF

B)    Pursuant to <u>Vaughn v Rosen</u>, 484 F.2d 820, the Defendant should be compelled to produce a detail indexing, as outlined in Exhibit #7 of any and all records, documents, memorandum (official, unofficial or temporary), data (computer or otherwise), tangible objects, electronic mail or any other item which either directly or indirectly references the Plaintiff;

FURTHERMORE, this indexing shall be completed without delay and as portions are available, to be released immediately to the Plaintiff;

FURTHERMORE, the Defendant shall bear all costs and fees associated with this action; and

FURTHERMORE, any other relief deemed by this Honorable Court.

Respectfully submitted,

Date: 14-May-06

Gary L. Smith, Pro Se
Without Prejudice, UCC 1-207

#52962-019
P.O. Box 2068
Inez, Kentucky

- 4 -

23-Nov-04

Federal Bureau Of Investigations
2635 Century Parkway, NE
Suite 400
Atlanta, GA  30045

RE: Freedom of Information Request


Dear Sirs:

Pursuant to 5 USC **552**, the Freedom of Information Act, and 5 USC 552a,
the Privacy Act, I am requesting disclosure and copies of the following
information:
- All documents regarding seizure number 3040-02-F-0133, including,
  but not limited to:
  - Inventory Lists
  - Disposition of item seized
  - Location of items seized
  Investigative notes and associated files
  - Related search warrents and afidavits
  - Identity of all agents, officers, etc. involved with this
    seizure

I am requesting this information for a non-commercial purpose. I am
also indigent and I am requesting a waiver of any and all fees associated
with the production of the requested documents.

If any part of this request cannot be disclosed, I am requesting that it
be redacted and disclosed. Furthermore, any whole documents which will
not be disclosed, I am requesting a detailed listing, as specified in
Vaughn v. Rosen (Vaughn Indexing), with the following information:

- Identity of the document
- Summary of the information contained on the document
- Date of the document
- Location of the document
- Person who has custody or control of the document

 You may respond to this request by replying to:
    Gary L. Smith #52962-019
    P.O. Box 6000
    Glenville, WV  26351-6000

Thank you for your prompt attention to this matter.

Sincerely,

Gary L. Smith

**06 1026**

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mailed : 23-Nov-04



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

December 6, 2004

Mr. Gary L. Smith
**52962-019
Post Office Box 6000
Glenville, WV 26351-6000

Request No.: 1009611- 000
Subject:Smith, Gary L.

Dear Mr. Smith:

☒  This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.  Your request was forwarded to FBI Headquarters from the Atlanta Field Office.

☐  For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could  provide such as prior  addresses, or employment information would also be helpful.  If your subject is deceased, please  include date and proof of death.

☐  To make sure information about you is not released to someone else, we require your notarized  signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746.  For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐  If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest  record, please follow the enclosed instructions in Attorney General Order 556-73.  You must submit fingerprint impressions so a comparison can be made  with the records kept by CJIS.  This is to make sure your information is not released to an unauthorized person.

☐  We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐  Processing delays have been caused by the large number of requests received by the FOIPA.  We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above.  Please use this number in all correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

**06 1026**
**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit #3

26-Feburary-05

Federal Bureau of Investigation
Tenth Street & Constitution Ave, NW
Washington, DC  20530


RE: FOIA Request No. 1009611-000
    Subject: Smith, Gary L.


Dear Sirs:

On November 23, 2004, I sent a request to the Atlanta field office of the F.B.I.
requesting information about a seizure that took place from their office. They
forware  the request to the Washington, DC office on December 6, 2004. I received
notification from the Atlanta office regarding that fact.

It was been well past the twenty (20) days specified under 5 U.S.C. § 552(a)(6)(A)
(i) and with an extension of ten (10) days as specified in § 552(a)(b)(B) of
the same title.  There was no notification to me that a delay in the request
would be needed.

If your agency cannot or will not provide the requested information, I will have
no choice but to initiate action within my local District Court.

The information I am seeking is as follows:
  • From seizure number: 3040-02-F-0133
    - Inventory Lists
    - Location of items seized
    - Disposition of items seized
    - Investigative notes and associated files
    - Related search warrants and affidavits
    - Identity of all agents, officers and the like who are involved with
      this seizure

You may reply to me at: Gary L. Smith #52962-019
                        P.O. Box 6000
                        Glenville, WV  26351-6000

Thank you for your prompt attention to this matter.

Sincerely,

Gary L. Smith


**06 1026**
**FILED**

JUN - 5 2006

Exhibit #4

31 - January - 06

Federal Bureau of Investigations
attn: FOIA / PA Request
Washington DC  20535

RE: Freedom of Information Request


Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information
Act and Title 5 U.S.C. § 552a, the Privacy Act, I am
requesting disclosure and copies of the following
information:

- All documents, photographs, investigative notes
  and the like contained in File No: 305A-BA-
  80998-E6522-KC

- Any adverse action reports on
  U.S. Marshal Cameron Roe

- Copies of forensic examinations used to
  secure search warrant 2:02-M-026, used
  to seize property of Gary L. Smith at

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**06 1026**

Exhibit #4

Pg 2

4417 Waterworks Road, Jefferson, Jackson County in the Northern District of Georgia;

— Copies of photographs used to secure above referenced search warrant;

— Any and all reports from the Georgia Bureau of Investigations;

— Any documents, photographs, investigative reports, notes or the like on or in any file that references Gary L. Smith

— Any other information that may be related to Gary L Smith and not contained in any official file, no matter how temporary or inconsequential in nature.

I have enclosed a certification of identity and a declaration in which I, Gary L Smith, is requesti the above referenced disclosure for himself, personal

I am requesting this information for non-commercial purposes. Pursuant to Title 5 U.S.C. § 552 (a)(4)(A)(iii

Exhibit #4

Pg 3

I am requesting a waiver of any and all fees associated with this request because disclosure is in the public's interest and is likely to contribute significantly to the public understanding of the operations of the government.

If any part of this request cannot be disclosed, I am requesting, pursuant to Title 5 U.S.C. § 552(b), that any reasonable, segregable portions be provided after redaction of exempt portions. Any redactions shall be indicated on the released portions and the amount of information redacted shall be indicated at the place where redaction has occurred.

You may respond to this request to: Gary L Smith
#52962-019
P.O. Box 2068
Inez, KY 41224

Pursuant to Title 5 U.S.C. § 552(a)(6)(A)(i), I am expecting a reply within twenty (20) days upon receipt of this request.

Sincerely

Gary L Smith

Exhibit H-

13-Feb-06

Federal Bureau of Investigations
attn: FOIA/PA Requests
Tenth & Constitution Avenue, NW
Washington, DC  20530

RE: Freedom of Information Request

Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act,
and Title 5 U.S.C. § 552a, the Privacy Act, I am requesting
disclosure and copies of the following information:

- Statutory (ie. United States Code "U.S.C.";
  Code of Federal Regulations, "C.F.R."; Public-Law "P.L.";
  etc.) authority to investigate anyone within
  the United States (corporate) or United
  States of America; and

- Congressional authority to investigate.

06 1026 FILED

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am requesting this information for non-commercial purposes.
Pursuant to Title 5 U.S.C. § 552(a)(4)(A)(iii), I am requesting
a waiver of any and all fees associated with the production
of these documents because disclosure is in the public's interest
and is likely to contribute significantly to the public
understanding of the operations of the government.

If any part of this request cannot be disclosed, I am
requesting pursuant to Title 5 U.S.C. § 552(b), that any
reasonable, segregable portions be provided after redaction of
exempt portions. Any redactions shall be indicated on the

FOIA Request                                                    page 2
13-Feb-06

released portions and the amount of information
redacted shall be indicated at the place where redaction
has occured.

You may respond to this request to:   Gary L Smith
                                      #52962-019
                                      P.O. Box 2068
                                      Inez, KY 41224-2068

Pursuant to Title 5 U.S.C. § 552(a)(6)(A)(i), I am
expecting a reply within twenty (20) days upon
receipt of this request.

Sincerely,

Gary L Smith

Exhibit #7

30- Mar- 06

Federal Bureau of Investigation
attn: David M Hardy
        Section Chief / Records Management Division
Washington DC 20535

                                          Cert Mail
                                          7002 3150 0003 9520 2067

RE: Vaugh Index pursuant to Freedom of Information

Dear Sirs:

Enclosed is a Freedom of Information request. The
request is for the production of a detailed indexing
of all records, objects and/or communications within
your agency.

Pursuant to Title 5 U.S.C. § 552(a)(6)(A)(i), your
agency has twenty (20) business days to respond to
this request

You may respond to me at: Gary L. Smith
                                #52962-019
                                P.O. Box 2068
                                Inez, Kentucky 41224-206,

Sincerely

Gary L Smith

06 1026
**FILED**
JUN - 5 2006

NANCY MAYER WHITTINGTON; CLERK
U.S. DISTRICT COURT

Exhibit #7

# VAUGHN REQUEST

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and Title 5 U.S.C. § 552a, the Privacy Act, I am requesting your agency to produce a detailed indexing of the following, pursuant to <u>Vaughn v Rosen</u>, 484 F.2d 820 (D.C. Cir 1973):

- All books, papers, documents, memorandums (both official and unofficial or temporary), data (computer or otherwise), tangible objects, buildings or places, or copies or portions of them, that were obtained from or belonging to myself; including, but not limited to:

    1) Copies of any and all documents or materials taken from any of my homes (Chicago, Illinois or Jefferson, Georgia), place(s) of business or other areas where it is claimed I had a proprietary interest on which is in any way related to myself, by either federal and/or state agents and agencies, acting with or without a warrant;

    2) Copies of any and all warrants, orders, inventories, memorandum or any other document(s) obtained or created in connection with myself;

— 1 —

Exhibit #1

3) Any and all documents, materials, photographs, films, publications or computer data which was seized or copied;

4) Complete directory, file, e-mail and data information from any and all computers and copies of computer data which was seized or copied; and

5) Any results or reports of physical or mental examinations, scientific tests or experiments, or copies of them, including, but not limited to handwriting exemplars, photographs, fingerprints or other similar materials in possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known, which are related in any way to myself.

For documents, memorandums, reports and the like, include:
   a) the identity of the document;
   b) the type of document;
   c) it's present location and name of the custodian;
   d) a brief summary of it's contents, including the receiptants. and the date of creation and delivery;
   e) the name and address of the person who

- 2 -

created, drafted, prepared and signed it; and
f) the identity of all person(s) known to your agency
who seen the document.


For photographs or films, and the like, include:
  a) the identity of the photograph or film;
  b) the type of photograph or film;
  c) it's present location and the name of the
  custodian;
  d) a brief description of it's depiction, including any
  known and/or identified person(s), places or object(s)
  contained in the depiction; and
  e) identity of all person(s) known to your agency
  who seen the photograph or film.


For computer data, include for each file:
  a) the file name;
  b) the fully qualified path (ie. directory) location;
  c) the creation date of the file;
  d) the identity of the computer the file is located;
  e) the present location and the names of the
  custodians;
  f) the identity of all person(s) known to your agency
  who seen the computer data; and
  g) if the file represents a digital image, include a
  brief description of it's depiction, include any known
  and/or identified person(s), place or object(s)
  contained in the depiction.

- 3 -

Exhibit #7

This request for a detailed indexing is made for non-commercial purposes. Pursuant to Title 5 U.S.C. § 552 (a)(4)(A)(iii), this agency should waive any and all fees.

Since this is a request for an index and not the actual documents, there shall be no exemptions on the material disclosed. See Vaughn @ 828.

Pursuant to Title 5 U.S.C. § 552 (a)(6)(A)(i), your agency has twenty (20) days, excluding Saturdays, Sundays and legal holidays, to respond to this request. After the expiration of the twenty (20) days, if your agency fails to respond, it shall be deemed a denial of the request, and allow myself to seek relief in a United States District Court.

For identification purposes, I have included a Certificate of Identity and a Declaration.

You may respond to this request to:

Gary L. Smith
52962-019
P.O. Box 2068
Inez, Kentucky   41224-2068

Please note, this request should also include any temporary files on your agency's computer network that haven't been placed formally with my records, including any and all e-mails,

- 4 -

U.S. Department of Justice

# Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Gary L. Smith

Citizenship Status [2]  United States Citizen    Social Security Number [3]  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

Current Address  #52962-019; P.O. Box 2068, Inez, KY 41224-2068

Date of Birth  20-July-66    Place of Birth  Bethlehem, PA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  _____    Date  10-May-05

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

### Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.



**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0003 9520 2067**
Status: **Delivered**

Your item was delivered at 5:06 am on April 10, 2006 in WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )



**Track & Confirm**

Enter Label/Receipt Number.



## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

06 1026
**FILED**

JUN − 5 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*May 2, 2006*

Mr. Gary L. Smith
**52962-019
Post Office Box 2068
Inez, KY 41224

Dear Requester:

This is in reference to your Freedom of Information Act (FOIA) request concerning miscellaneous documents. The FOIA does not require federal agencies to answer inquiries, create records, conduct research, or draw conclusions concerning queried data. Rather the FOIA requires agencies to provide access to reasonably described, nonexempt records. The questions posed in the referenced letter are not FOIA requests because they do not comply with the FOIA and its regulations.

Sincerely yours,

David M. Hardy/dac

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division