FILED
JUN - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,

    Plaintiff,

v.

    06 1026

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully moves this Honorable Court to allow the Plaintiff to submit a complaint in the above title without requiring the Plaintiff to pay the required filing fee.

Respectfully submitted,

Date: 14-May-06

Gary L. Smith, Pro Se
Without Prejudice, UCC 1-207

#52962-019
P.O. Box 2068
Inez, Kentucky

RECEIVED
MAY 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,                          )
                Plaintiff,   )
                               )
V.                                      )
                               )
FEDERAL BUREAU OF                       )
   INVESTIGATIONS,                      )
                Defendant.  )

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Gary L. Smith, affirm under penalty of perjury under the laws of the United States of America that the following is true and correct:

1) I am the Plaintiff in the above entitled action.

2) I am unable to pay the costs of these proceedings and I am entitled to relief sought in the complaint.

3) I am presently incarcerated at U.S.P. Big Sandy, in Inez, Kentucky.

4) I am currently unemployed. My last employment

-1-

was in February 2006, with my monthly earnings less than $10.00.

5) I have received gifts from my family in the past twelve months, with a monthly average of less than $15.00.

6) I have an inmate savings account with less than $20.00 available balance.

7) I have no other dependants.

8) I have attached (see Exhibit #1) a copy of my inmate account for the past six months.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 14-May-06    by: _____
Gary L. Smith, Pro Se
Without Prejudice, UCC 1-207

#52962-019
P.O. Box 2068
Inez, Kentucky