RECEIVED

JUN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

Gary L. Smith,

     Plaintiff,

v.

Federal Bureau of Investigation,

     Defendant.

Case No.: 06 - 1026 ESH

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Gary L. Smith, Pro Se Plaintiff and hereby submits this Notice of Change of Address to this Honorable Court.

The Plaintiff does not know the case number in this instant case at bar. He was trasferred by the Bureau of Prisons before this Court could respond with a case number. Therefore, the Plaintiff respectfully asks the Clerk of the Court provide the case number.

The Plaintiff's **new** address is: Gary L. Smith
          #52962-019
          P.O. Box 150160
          Atlanta, GA  30315

Respectfully submitted,

Gary L. Smith, Pro Se
#52962-019
P.O. Box 150160
Atlanta, GA  30315