UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH, *pro se*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 05-0645 (JGP) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| United States Department of Justice,[1] | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PRAECIPE**

Defendant kindly requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

/s/
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7220

Dated: July 5, 2006

---

[1] Although Plaintiff's complaint specifically names the Federal Bureau of Investigation (FBI), under the FOIA, the only proper defendant is the United States Department of Justice. 5 U.S.C. § 552(a)(4)(B) and (f)(1).

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> **Gary L. Smith**
> **R# 52962-019**
> **P. O. Box 150160**
> **Atlanta, GA 30315**
> **PRO SE**

on this   5th   day of July, 2006.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building,
Civil Division
555 4th Street, NW
Washington, D.C. 20530