UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY L. SMITH,** *pro se*, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 06-1026 (ESH) |
| **FEDERAL BUREAU OF INVESTIGATION**, United States Department of Justice,[1] | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the defendant's protective motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including August 7, 2006 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff's complaint specifically names the Federal Bureau of Investigation (FBI), under the FOIA, the only proper defendant is the United States Department of Justice. 5 U.S.C. § 552(a)(4)(B) and (f)(1).