**RECEIVED**

**JUL 1 4 2006**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,                  )
              Plaintiff,   )
                                )
v.                              ) Case No.: 06-1026 ESH
                                )
                                )
FEDERAL BUREAU OF INVESTIGATIONS, )
              Defendant.  )


**MOTION FOR APPOINTMENT OF MARSHALS TO**
**PROVIDE SERVICE OF COMPLAINT**
**(FED.R.CIV.P. RULE 4(c)(2))**

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully requests this Honorable Court to appoint the United States Marshals to perform service of the complaint in this instant case at bar on the Defendant, the Federal Bureau of Investigations. Fed. R. Civ. P., Rule 4(c)(2)

**Grounds for Relief**

1. On May 30, 2006, the Honorable John Bates granted the Plaintiff's application to proceed <u>in forma pauperis</u> [Docket #2], pursuant to Title 28 U.S.C. § 1915(b)(1)(A).

    2. Pursuant to Fed. R. Civ. P., Rule 4(c)(2):

        "At the request of the plaintiff, however, the court may direct that service be effected by a United States Marshal, deputy United States Marshal, or other person or officer specially appointed by the Court for that purpose. Such appointment **must be made** when the plaintiff is authorized to proceed in forma pauperis pursuant to Title 28 U.S.C. § 1915 ..." (emphasis added)

    3. The Plaintiff is now requesting this Honorable Court

- 1 -

direct the United States Marshals, or a duly appointed office, to perform service on the Defendant.

Respectfully submitted,

Date: 21-Jun-06

_____
Gary L. Smith, Pro Se
#52962-019
P.O. Box 150160
Atlanta, Georiga   30315

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,                )
          Plaintiff,   )
                              )
v.                            )  Case No.: 06-1026
                              )
                              )
FEDERAL BUREAU OF INVESTIGATIONS, )
          Defendants.  )

**MOTION FOR STAY OF ORDER DIRECTING
PLAINTIFF FOR PAYMENT OF FILING FEES**

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and respectfully requests this Honorable Court to stay its order directing the Plaintiff to pay an initial filing fee and the deduction of additional fees from the Plaintiff's inmate account.

**Grounds for Relief**

1. This cause of action arises from a complaint of the Freedom of Information Act (Title 5 U.S.C. § 552).

2. The Plaintiff requested numerous disclosures from the Defendant. The Defendant has repeatedly denied the Plaintiff disclosure.

3. On March 30, 2006, the Plaintiff requested a Vaughn index (Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973)). On May 2, 2006, the Defendant refused to provide the requested index.

4. Pursuant to Title 5 U.S.C. § 552(4)(E):

- 1 -

> "The court may assess against the United States reasonable attorney fees and other litigation costs reasonable incurred in any case under this section in which the complaintant has substantially prevailed."

This Honorable Court should compel the Defendant to provide the litigation costs in this instant action, because the requested document, a <u>Vaughn</u> index, will be ordered by this Court as a matter of well established case law and there is no execptions provided for under the Freedom of Information Act for a <u>Vaughn</u> index.

Date: 21-Jun-06

Respectfully submitted,

_____
Gary L. Smith, Pro Se
#52962-019
P.O. Box 150160
Atlanta, Georgia  30315

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,              )
                Plaintiff,  )
                            )
v.                          ) Case No.: 06-1026
                            )
                            )
FEDERAL BUREAU OF INVESTIGATION, )
                Defendant.  )

### Notice of Change of Address

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and hereby gives notice to this Honorable Court of a Change of Address for the Plaintiff.

The Plaintiff's new address is:

> Gary L. Smith
> #52962-019
> P.O. Box 150160
> Atlanta, Georgia   30315

Respectfully submitted,

Date: 21-Jun-06

_____
Gary L. Smith, Pro Se
#52962-019
P.O. Box 150160
Atlanta, Georgia   30315