IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY L. SMITH | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 06-CV-1026(ESH) |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# Exhibit A

23-Nov-04

Federal Bureau Of Investigations
2635 Century Parkway, NE
Suite 400
Atlanta, GA 30045

RE: Freedom of Information Request


Dear Sirs:

Pursuant to 5 USC 552, the Freedom of Information Act, and 5 USC 552a,
the Privacy Act, I am requesting disclosure and copies of the following
information:
- All documents regarding seizure number 3040-02-F-0133, including,
  but not limited to:
  - Inventory Lists
  - Disposition of item seized
  - Location of items seized
  Investigative notes and associated files
  - Related search warrants and affidavits
  - Identity of all agents, officers, etc. involved with this
    seizure

I am requesting this information for a non-commercial purpose. I am
also indigent and I am requesting a waiver of any and all fees associated
with the production of the requested documents.

If any part of this request cannot be disclosed, I am requesting that it
be redacted and disclosed. Furthermore, any whole documents which will
not be disclosed, I am requesting a detailed listing, as specified in
Vaughn v. Rosen (Vaughn Indexing), with the following information:
- Identity of the document
- Summary of the information contained on the document
- Date of the document
- Location of the document
- Person who has custody or control of the document

You may respond to this request by replying to:
  Gary L. Smith #52962-019
  P.O. Box 6000
  Glenville, WV  26351-6000

Thank you for your prompt attention to this matter.

Sincerely,

Gary L. Smith



Gary L. Smith #52962-019
Federal Corr. Inst.
P.O. Box 6000
Glenville, WV  26351-6000

Federal Bureau of Investigation
2635 Century Parkway, NE
Suite 400
Atlanta, GA  30045

**LEGAL MAIL ***         30345+3128 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH                                    )
                                                 )
                                                 )
                                                 )
            Plaintiff                            )
                                                 )  Civil Action No. 06-CV-1026(ESH)
        v.                                       )
                                                 )
FEDERAL BUREAU OF INVESTIGATION                  )
                                                 )
            Defendant.                           )
                                                 )

# **Exhibit B**

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

December 6, 2004

Mr. Gary L. Smith
**52962-019
Post Office Box 6000
Glenville, WV  26351-6000

Request No.:  1009611- 000
Subject: Smith, Gary L.

Dear Mr. Smith:

☒     This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.  Your request was forwarded to FBI Headquarters from the Atlanta Field Office.

☐     For an accurate search of our records, please provide the complete name, alias, date and  place of  birth for the subject of your request.  Any other specific data you could provide such as prior  addresses, or employment information would also be helpful.  If your subject is deceased, please  include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized  signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746.  For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest  record, please follow the enclosed instructions in Attorney General Order 556-73.  You must submit fingerprint impressions so a comparison can be made  with the records kept by CJIS.  This is to make sure your information is not released to an unauthorized person.

☐     We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIPA.  We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above.  Please use this number in all correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH     )
          )
          )
          )
   Plaintiff    )
          ) Civil Action No. 06-CV-1026(ESH)
   v.      )
          )
FEDERAL BUREAU OF INVESTIGATION )
          )
   Defendant.   )
          )

# **<u>Exhibit C</u>**

26-Feburary-05

Federal Bureau of Investigation
Tenth Street & Constitution Ave, NW
Washington, DC 20530

RE: FOIA Request No. 1009611-000
Subject: Smith, Gary L.

Dear Sirs:

On November 23, 2004, I sent a request to the Atlanta field office of the F.B.I.
requesting information about a seizure that took place from their office. They
forwarded the request to the Washington, DC office on December 6, 2004. I received
notification from the Atlanta office regarding that fact.

It was been well past the twenty (20) days specified under 5 U.S.C. § 552(a)(6)(A)
(i) and with an extension of ten (10) days as specified in § 552(a)(b)(B) of
the same title. There was no notification to me that a delay in the request
would be needed.

If your agency cannot or will not provide the requested information, I will have
no choice but to initiate action within my local District Court.

The information I am seeking is as follows:
  • From seizure number: 3040-02-F-0133
    - Inventory Lists
    - Location of items seized
    - Disposition of items seized
    - Investigative notes and associated files
    - Related search warrants and affidavits
    - Identity of all agents, officers and the like who are involved with
      this seizure

You may reply to me at: Gary L. Smith #52962-019
                        P.O. Box 6000
                        Glenville, WV 26351-6000

Thank you for your prompt attention to this matter.

Sincerely,

Gary L. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH )
)
)
)
Plaintiff )
) Civil Action No. 06-CV-1026(ESH)
v. )
)
FEDERAL BUREAU OF INVESTIGATION )
)
Defendant. )
)

# **Exhibit D**

March 24, 2005

United States Department of Justice
Federal Bureau of Investigations
Tenth Street & Constitution Avenue
Washington, DC  20535

RE: FOIA Request 1009611-000

Dear Sirs:

On November 23, 2004, I filed a Freedom of Information request, pursuant to
Title 5, U.S.C. § 552.  On December 6, 2004, you responded and acknowledged
the receipt of the request and assigned the above  request number.  As of
this date, your agency has failed to repsond to this request.

Pursuant to Title 5, U.S.C. § 552(a)(6)(C)(i), I have exhausted my administrative
remedies with respect to this request, as your agency has failed to comply
with applicable time limts set forth in Title 5, U.S.C. § 552(a)(6)(A)(i)
and (ii).

This letter shall serve as formal notice that I have acknowledge your refusal
to supply the requested information and pursuant to Title 5, U.S.C. § 552
(a)(4)(B), I shall be filing a complaint with the United States District Court
in West Viriginia within thirty (30) days of this notice.

You may respond to me at: Gary L. Smith #52962-019
                          P.O. Box 6000
                          Glenville, WV  26351-6000

Thank you for your prompt response to this matter.

Sincerely,

Gary L. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH                          )
                                       )
                                       )
                                       )
          Plaintiff                    )
                                       )   Civil Action No. 06-CV-1026(ESH)
          v.                           )
                                       )
FEDERAL BUREAU OF INVESTIGATION        )
                                       )
          Defendant.                   )
                                       )

# Exhibit E



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

April 21, 2005

MR GARY L SMITH
52962-019
POST OFFICE BOX 6000
GLENVILLE, WV 26351 6000

Request No.: 1009611- 000
Subject: SMITH, GARY L

Dear Mr. Smith:

This is to acknowledge receipt of your letter dated March 24, 2005, regarding your pending Freedom of Information-Privacy Acts (FOIPA) request.

Please be advised that the material you requested is located in an investigative file which remains exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsections (b)(7)(A) and (b)(7)(C). For an explanation of this exemption see enclosed Form OPCA-16a. Please note if this file is reviewed under FOIPA in the future, additional exemptions may be applied at that time.

You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C., 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy,
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

April 21, 2005

MR GARY L SMITH
**52962-019
POST OFFICE BOX 6000
GLENVILLE, WV 26351 6000

Request No.:  1009611- 000
Subject: SMITH, GARY L

Dear Mr. Smith:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to the above subject.

The material you requested is in an investigative file which remains exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsection (b)(7)(A), (b)(7)(C). For an explanation of this exemption see enclosed Form OPCA-16a. Please note if this file is reviewed under FOIPA in the future, additional exemptions may be applied at that time.

You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C., 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH )
)
)
)
Plaintiff )
) Civil Action No. 06-CV-1026(ESH)
v. )
)
FEDERAL BUREAU OF INVESTIGATION )
)
Defendant. )
)

# **<u>Exhibit F</u>**

31 - January - 06

Federal Bureau of Investigations
attn: FOIA / PA Request
Washington DC 20535

RE: Freedom of Information Request

Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information
Act and Title 5 U.S.C. § 552a, the Privacy Act, I am
requesting disclosure and copies of the following
information:

- All documents, photographs, investigative notes
  and the like contained in File No: 305A-BA-
  80998-E6522-KC

- Any adverse action reports on Special Deputy
  U.S. Marshal Cameron Roe

- Copies of forensic examinations used to
  secure search warrant 2:02-M-026, used
  to seize property of Gary L. Smith at

pg 2

4417 Waterworks Road, Jefferson, Jackson County in the Northern District of Georgia;

-- Copies of photographs used to secure above referenced search warrant;

-- Any and all reports from the Georgia Bureau of Investigations;

-- Any documents, photographs, investigative reports, notes or the like on or in any file that references Gary L. Smith

-- Any other information that may be related to Gary L. Smith and not contained in any official file no matter how temporary or inconsequential in nature.

I have enclosed a certification of identity and a declaration in which I, Gary L. Smith, is requesting the above referenced disclosure for himself, personally.

I am requesting this information for non-commercial purposes Pursuant to Title 5 U.S.C. § 552 (a)(4)(A)(iii)

Pg. 3

I am requesting a waiver of any and all fees associated with this request because disclosure is in the public's interest and is likely to contribute significantly to the public understanding of the operations of the government.

If any part of this request cannot be disclosed, I am requesting, pursuant to Title 5 U.S.C. § 552(b), that any reasonable, segregable portions be provided after redaction of exempt portions. Any redactions shall be indicated on the released portions and the amount of information redacted shall be indicated at the place where redaction has occured.

You may respond to this request to: Gary L Smith
#52962-019
P.O. Box 2068
Inez, KY 41224

Pursuant to Title 5 U.S.C. § 552(a)(6)(A)(i), I am expecting a reply within twenty (20) days upon receipt of this request.

Sincerely

Gary L Smith

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503

Full Name of Requester [1]  Gary L. Smith     #52962-019

Citizenship Status [2]  United States Citizen   Social Security Number [3]  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

Current Address  #52962-019; P.O. Box 2068, Inez, KY  41224-2068

Date of Birth  20-July-66     Place of Birth  Bethlehem, PA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  _____   Date  3-Feb-06

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person

Further, pursuant to 5 U.S.C. Section 552a(b) I authorize the U.S. Department of Justice to release any and all information relating to me to

_____

### Print or Type Name

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you

[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
FORM DOJ-361
EXPIRES 4/11/02
SEP 06

## Certificate of Service

I, Gary L Smith, hereby certify that a true and correct copy of the foregoing Request for Production of Index Containing a Detail Listing of All Documents, Tancigable Objects, Reports and the Like, Within The Possession, Custody or Control of the Respondant Pursuant to Vaughn V Rosen, 484 F2d 820 AND Title 5 U.S.C. § 552 has been sent via First Class Mail, Postage PrePaid using the United States Postal Service by placing the foregoing into the institutional legal mail box and addressed to the following parties:

United States District Court
attn: Clerk of the Court
222 N John Q Hammons Parkway
Springfield, MO

Kathy Fincham
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E Ninth Street, Suite 5510
Kansas City, MO 64106

— 1 —

Federal Bureau of Investigations
attn: David M Hardy
    Section Chief / Records Management Division
Washington, DC 20535


Cook County Sheriff's Police
1401 South Maybrook Drive
Maywood, IL


United States Postal Service
General Counsel
Washington DC 20260-1100


United States Department of Justice
Chief FOIA Section
FOIA / Privacy Act Requests
Room 841
HOLC Building
Washington, DC 20534


Date: 3-Feb-06                    By: _____
                                      Gary L Smith


— 2 —

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

GARY L. SMITH,                    )
              Petitioner,         )
                                  )
V.                                )   Civil No: 3:05-CV-05057-RED
                                  )
                                  )
UNITED STATES OF AMERICA,         )
              Respondant.         )

REQUEST FOR PRODUCTION OF INDEX CONTAINING
A DETAIL LISTING OF ALL DOCUMENTS,
TANAGABLE OBJECTS, REPORTS AND THE LIKE,
WITHIN THE POSSESSION, CUSTODY OR CONTROL
OF THE RESPONDANT PURSUANT TO VAUGHN V.
ROSEN, 484 F.2d 820 AND TITLE 5 U.S.C. § 552

        COMES NOW, Gary L. Smith, Pro Se Petitioner,

and respectfully requests the Respondant to produce

a detail index containing all books, papers,

documents, memorandums, data (computer or other

wise), tangible objects, buildings or places, or

copies or portions of them, that were obtained

- 1 -

from or belonging to the Petitioner, including, but
not limited to:

1) Copies of any and all documents or
materials taken from any of the Petitioner
home(s), place(s) of business or other
areas where it is claimed the Petitioner
had a proprietary interest on which is
any way related to the charges in this
instant case at bar, by either federal or
state agents and/or agencies, acting with,
or without a warrant;

2) Copies of any and all warrants, orders,
inventories, memorandum or any other
document(s) obtained or created in connection
with any and all phases of this instant
case at bar;

3) Any and all documents, materials, photographs

−2−

films, publications or computer data which were seized or copied pursuant to the searches and seizures conducted;

4) Complete directory, file, e-mail and data information from any and all computers, and copies of computer data which were seized or copied pursuant to the searches and seizures conducted;

5) Any results or reports of physical or mental examinations, scientific tests or experiments, or copies of them, including but not limited to handwriting exemplars, photographs, finger-prints or other similar materials in possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known, which are in any way related to the

-3-

various charges set forth in this instant case at bar, or are intended for use or have been used by the Respondant as evidence.

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act and Title 5 U.S.C. § 552a, the Privacy Act, the Petitioner is requesting the Respondant to produce a detailed indexing on the foregoing descriptions of items (#1 through 5, above), pursuant to Vaughn v Rosen, 484 F2d 820 (D.C. Cir 1973). The Petitioner has attached a Certificate of Identity (Exhibit #1) and associated Declaration (Exhibit #2) to facilitate this request.

For documents, memorandums, reports and the like, include:

a) the identity of the document;
b) the type of document;

— 4 —

c) it's present location and name of the custodian;

d) a brief summary of it's contents, including the receipants and date of creation and delivery;

e) the name and address of the person who created, drafted, prepared and signed it;

f) the identity of all persons known to the Respondant who seen the document;

For photographs or films, include:

a) identity of the photographs or film;

b) the type of photograph or films;

c) it's present location and the name of the custodian;

d) a brief description of it's depiction, including any known and/or identified persons, places or objects contained in the depictions;

e) identity of all persons known to the Respondant who seen the photograph or film.

For computer data, include for each file:

a) the file name;

b) the fully qualified path (i.e directory) location;

-5-

c) creation date of the file;

d) computer which file is located on;

e) present location and the name of the custodians;

f) identity of all persons known to the Respondent who seen the file;

g) if the file represents a digital image, include a brief description of it's depiction, including any known and/or identified person(s), place or objects contained in the depiction.

The Petitioner is requesting this detailed indexing for non-commercial purposes. Pursuant to Title 5 U.S.C. § 552 (a)(4)(A)(iii), the Petitioner is respectfully requesting a waiver of any and all fees.

Since all of the items requested in this detailed indexing are directly discoverable under the Federal Rules of Criminal / Civil Procedures, there shall be no exemptions claimed by the

- 6 -

Respondant.   See Vaughn @ 828.

The Respondant includes, but is not limited to:

a) The Department of Justice;

b) Federal Bureau of Investigations in:

   i) Washington DC,
   ii) Chicago, Illinois,
   iii) Atlanta, Georgia;

c) Cook County Sheriff's Department; and

d) United States Postal Service.

The Respondant collected and organized all the items, documents, tangible objects, and the like from the foregoing Federal agencies and thus is the proper agent to organize and create the requested detailed indexing. This index should include any temporary files on the agencies' computer network that haven't been formally placed within the Petitioner's case file, as well as any e-mails or other inter- or intra- department communication

-7-

Pursuant to Title 5 U.S.C. § 552(a)(6)(A)(i), the Respondant shall have twenty (20) days upon docketing of this request to respond.

Respectfully submitted

Date: 3-Feb-06

Gary L Smith, Pro Se
#52962-019
P.O. Box 2068
Inez, KY 41224-2068

### Declaration

I swear or affirm under penalty of perjury that I am **Gary L. Smith**, born on July 20, 1966 in Bethlehem, Pennsylvania. My current address is:

    Gary L. Smith #52962-019
    P.O. Box 2068
    Inez, KY  41224-2068

This declaration is submitted in lieu of my notarized signature, pursuant to Title 28, United States Code (U.S.C.), Section 1746.

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, U.S.C., Section 1001, by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that knowingly and willfully requesting or obtaining any record(s) concerning an individual under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 555a(i)(3), as a misdemeanor and by a find of not more than $5,000.

By: _____
    Gary L. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH )
)
)
)
Plaintiff )
) Civil Action No. 06-CV-1026(ESH)
v. )
)
FEDERAL BUREAU OF INVESTIGATION )
)
Defendant. )
)

# **Exhibit G**

13-Feb-06

Federal Bureau of Investigations
attn: FOIA/PA Requests
Tenth & Constitution Avenue, NW
Washington, DC 20530

RE: Freedom of Information Request

Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and Title 5 U.S.C. § 552a, the Privacy Act, I am requesting disclosure and copies of the following information:

- Statutory (ie United States Code "U.S.C.", Code of Federal Regulations, "C.F.R.", Public Law etc.) authority to investigate anyone wit the United States (corporate) or United States of America; and

- Congressional authority to investigate.

06 1026 **FILE**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am requesting this information for non-commercial purposes. Pursuant to Title 5 U.S.C. § 552(a)(4)(A)(iii), I am requesting a waiver of any and all fees associated with the production of these documents because disclosure is in the public's interest and is likely to contribute significantly to the public understanding of the operations of the government.

If any part of this request cannot be disclosed, I am requesting pursuant to Title 5 U.S.C. § 552(b) that any reasonable segregable portions be provided after redaction of exempt portions. Any redactions shall be indicated on the

FOIA Request                                                        page 2
13-Feb-06

released portions and the amount of information
redacted shall be indicated at the place where redaction
has occured.

You may respond to this request to:   Gary L Smith
                                      #52962-019
                                      P.O. Box 2068
                                      Inez, KY 41224-2068

Pursuant to Title 5 U.S.C § 552(a)(6)(A)(i), I am
expecting a reply within twenty (20) days upon
receipt of this request.

Sincerely,

Gary L Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 06-CV-1026(ESH) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| | ) |
| Defendant. | ) |
| | ) |

# **Exhibit H**



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*March 6, 2006*

MR GARY L SMITH
**52962-019
POST OFFICE BOX 2068
INEZ, KY 41224 2068

Request No.: 1039550- 000
Subject: SMITH, GARY L

Dear Mr. Smith:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

A search of the automated indices to our central records system files at FBI Headquarters located no records responsive to your FOIPA request.

Although no records responsive to your FOIPA request were located, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D. C. 20530-0001, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY L. SMITH | ) |
|  | ) |
|  | ) |
| Plaintiff | ) |
|  | ) Civil Action No. 06-CV-1026(ESH) |
| v. | ) |
|  | ) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

# **Exhibit I**

30 - Mar - 06

Federal Bureau of Investigation
attn: David M Hardy
    Section Chief / Records Management Division
Washington DC 20535

Cert Mail
7002 3150 0003 9520 2067

RE: Vaugh Index pursuant to Freedom of Information

Dear Sirs:

Enclosed is a Freedom of Information request. The request is for the production of a detailed indexing of all records, objects and/or communications within your agency.

Pursuant to Title 5 U.S.C. § 552(a)(6)(A)(i), your agency has twenty (20) business days to respond to this request.

You may respond to me at: Gary L. Smith
#92082-019
P.O. Box 2068
Inez, Kentucky 41224-2068

Sincerely,

Gary L. Smith

# VAUGHN REQUEST

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and Title 5 U.S.C. § 552a, the Privacy Act, I am requesting your agency to produce a detailed indexing of the following, pursuant to Vaughn v Rosen, 484 F.2d 820 (D.C. Cir 1973):

- All books, papers, documents, memorandums (both official and unofficial or temporary), data (computer or otherwise), tangible objects, buildings or places, or copies or portions of them, that were obtained from or belonging to myself, including, but not limited to:

    1) Copies of any and all documents or materials taken from any of my homes (Chicago, Illinois or Jefferson, Georgia), place(s) of business or other areas where it is claimed I had a proprietary interest on which is in any way related to myself, by either federal and/or state agents and agencies, acting with or without a warrant;

    2) Copies of any and all warrants, orders, inventories, memorandum or any other document(s) obtained or created in connection with myself;

— 1 —

3) Any and all documents, materials, photographs, films, publications or computer data which was seized or copied;

4) Complete directory, file, e-mail and data information from any and all computers and copies of computer data which was seized or copied; and

5) Any results or reports of physical or mental examinations, scientific tests or experiments, or copies of them, including but not limited to handwriting exemplars, photographs, fingerprints or other similar materials in possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known, which are related in any way to myself.

For documents, memorandums, reports and the like, include:
a) the identity of the document;
b) the type of document;
c) it's present location and name of the custodian;
d) a brief summary of it's contents, including the receiptants and the date of creation and delivery;
e) the name and address of the person who

created, drafted, prepared and signed it; and
f) the identity of all person(s) known to your agency
who seen the document.


For photographs or films, and the like, include:
    a) the identity of the photograph or film;
    b) the type of photograph or film;
    c) it's present location and the name of the
custodian;
    d) a brief description of it's depiction, including any
known and/or identified person(s), places or object(s)
contained in the depiction; and
    e) identity of all person(s) known to your agency
who seen the photograph or film.

For computer data, include for each file:
    a) the file name;
    b) the fully qualified path (ie. directory) location;
    c) the creation date of the file;
    d) the identity of the computer the file is located;
    e) the present location and the names of the
custodians;
    f) the identity of all person(s) known to your agency
who seen the computer data; and
    g) if the file represents a digital image, include a
brief description of it's depiction, include any known
and/or identified person(s), place or object(s)
contained in the depiction.

This request for a detailed indexing is made for non-commercial purposes. Pursuant to Title 5 U.S.C. § 552 (a)(4)(A)(iii), this agency should waive any and all fees.

Since this is a request for an index and not the actual documents, there shall be no exemptions on the material disclosed. See Vaughn @ 828.

Pursuant to Title 5 U.S.C. § 552 (a)(6)(A)(i), your agency has twenty (20) days, excluding Saturdays, Sundays and legal holidays, to respond to this request. After the expiration of the twenty (20) days, if your agency fails to respond, it shall be deemed a denial of the request, and allow myself to seek relief in a United States District Court.

For identification purposes, I have included a Certificate of Identity and a Declaration.

You may respond to this request to:

> Gary L. Smith
> 52762-019
> P.O. Box 2068
> Inez, Kentucky  41224-2068

Please note, this request should also include any temporary files on your agency's computer network that haven't been placed formally with my records, including any and all e-mails,

- 4 -

or other inter- and intra- department and/or agency communications.

U.S. Department of Justice    **Certification of Identity**    

---

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Gary L. Smith

Citizenship Status [2]  United States Citizen    Social Security Number [3]  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

Current Address  #52962-019; P.O. Box 2068, Inez, KY  41224-2068

Date of Birth  20-July-66    Place of Birth  Bethlehem, PA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  _(signature)_    Date  26-Mar-06

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB 287-0016/A
USDOJ-FOIPA

FORM DOJ-361
SEP 00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH         )
              )
              )
   Plaintiff       )
             ) Civil Action No. 06-CV-1026(ESH)
   v.         )
             )
FEDERAL BUREAU OF INVESTIGATION   )
             )
   Defendant.      )
             )

# **Exhibit J**



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

May 2, 2006

Mr. Gary L. Smith
**52962-019
Post Office Box 2068
Inez, KY 41224

Dear Requester:

    This is in reference to your Freedom of Information Act (FOIA) request concerning miscellaneous documents. The FOIA does not require federal agencies to answer inquiries, create records, conduct research, or draw conclusions concerning queried data. Rather the FOIA requires agencies to provide access to reasonably described, nonexempt records. The questions posed in the referenced letter are not FOIA requests because they do not comply with the FOIA and its regulations.

Sincerely yours,

David M. Hardy/do

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

06 1026
FILED

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY L. SMITH                          )
                                       )
                                       )
                                       )
            Plaintiff                  )
                                       )  Civil Action No. 06-CV-1026(ESH)
            v.                         )
                                       )
FEDERAL BUREAU OF INVESTIGATION        )
                                       )
            Defendant.                 )
                                       )

# **<u>Exhibit K</u>**



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

Mr. Gary L. Smith
**52962-019
Post Office Box 2068
Inez, KY 41224

August 4, 2006

Request No.: 1039550
Subject: Gary L. Smith

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request dated March 30, 2006.

A search of the indices to our central records system files at FBI Headquarters revealed no records responsive to this request. Originally this request was consolidated with your January 31, 2006 request. Both of these requests were for information which would be located by searching the automated indices at FBI Headquarters under the name of the subject. Since the January request had produced a no records response, no response to your March 30, 2006 request had been made prior to the filing of your complaint in the District Court. Nonetheless, we conducted another search of our central records system for files at FBI Headquarters. No records were found to be responsive. Pursuant to 28 C.F.R. Section 16.3(a) and 16.41(a), if you believe there could be records located at an FBI field office, you can send a separate request to the field office in which you believe you may have records.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division