UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY L. SMITH,** *pro se*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.:  06-1026 (ESH) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION**, | ) |
| United States Department of Justice,[1] | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This matter having come before the Court on Defendant's, the United States Department of Justice ("DOJ"), Motion For Summary Judgment, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion _____ is hereby GRANTED; and it is

FURTHER ORDERED that plaintiff's claims are hereby DISMISSED in their entirety, with prejudice.

_____
Ellen S. Huvelle
United States District Judge

---

[1] Although Plaintiff's complaint specifically names the Federal Bureau of Investigation (FBI), under the FOIA, the only proper defendant is the United States Department of Justice. 5 U.S.C. § 552(a)(4)(B) and (f)(1).