IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gary L. Smith,
        Plaintiff,

V

        Case No: 1:06-CV-1026

FEDERAL BUREAU OF INVESTIGATIONS,
        Defendant.

## JUDICIAL NOTICE

On August 4, 2006, the Defendant instructed the Plaintiff to send a request to a field office where records may be located (Defendant's exhibit "K").

On August 22, 2006, the Plaintiff submitted a NEW FOIA request to the Atlanta Field Office of the FBI. The Atlanta Field Office stated in a letter on August 23, 2006[1], that the Plaintiff should direct all requests to FBI Headquarters!

---

1. The Plaintiff is unable to make or provide copies at this time.

— 1 —

Clearly, the FBI is playing a circular game to avoid its responsibility and denying important evidence/documents to the Plaintiff.

Respectfully submitted,

Date: 12 Sept 06

_____
Gary L. Smith, Pro Se

#52962-019
P.O. Box 150160
Atlanta, Georgia  30315

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith
                    Plaintiff,

v.                                         Case No 1:06-CV-1026

FEDERAL BUREAU OF INVESTIGATION,
                    Defendant.

## MOTION FOR ADDRESSES TO FBI FIELD OFFICES

Comes Now, Gary L Smith, Pro Se Plaintiff and respectfully requests this Honorable Court to compel the Defendant to provide the addresses to field trip requests, as suggested by Defendant's Exhibit "K":

- Quantico, Virginia
- Kansas City, Missouri
- Chicago, Illinois
- Las Vegas, Nevada
- San Francisco, California
- Los Angeles, California

- 1 -

- St. Louis, Missouri
- Atlanta, Georgia
- Fort Myers, Florida

Respectfully submitted,

*(signature)*

Dated: 12 Sept 06

Gary L. Smith, Pro Se

#52962-019
P.O. Box 150160
Atlanta, Georgia 30315

-2-

# CERTIFICATE OF SERVICE

I, Gary L. Smith, hereby certify that a true and correct copy of the foregoing:

- Judicial Notice; and
- Motion for Addresses to FBI Field Offices

was sent First Class, Postage Pre-Paid mail using the United States Postal Service by placing the foregoing into the institutional legal mail system on the 12th day of September 2006 and addressed to the following parties:

United States District Court
attn: Clerk of the Court
333 Constitution Avenue, NW
Washington DC 20001

Megan L. Rose
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Executed on: 12-Sept-06        by: _____
                                    Gary L Smith