UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY L. SMITH,<br><br>        Plaintiff,<br><br>        v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-CV-1026 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the pleadings and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for summary judgment [# 11] is **GRANTED**; it is

**FURTHER ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** with respect to plaintiff's January 31, 2006 and March 30, 2006 FOIA requests; and it is

**FURTHER ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** with respect to plaintiff's November 23, 2004 and February 13, 2006 FOIA requests.

                                                                                                                s/
                                                      ELLEN SEGAL HUVELLE
                                                      United States District Judge

DATE:   September 19, 2006