RECEIVED
OCT 19 2006
NANCY MAYER WHITTINGTON, CLK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary L. Smith,  )
        Plaintiff )
)
V. ) Case No: 1:06-CV-1026
)
)
UNITED STATES DEPT. OF JUSTICE, )
        Defendant. )

## OBJECTIONS TO MEMORANDUM ORDER

COMES NOW, Gary L. Smith, Pro Se Plaintiff, and hereby OBJECTS to the Order and Memorandum Order (Doc. # 16 & 17) for the following reasons:

### I. Location of Documents

1. The Plaintiff filed another FOIA request to the Atlana Field office of the FBI on August 22, 2006 (see Exhibit "A") and received on August 23, 2006.

-1-

outweighs any governmental interest in non-disclosure because of the Plaintiff's Habeas Corpus Motion (challenging an illegal confinement) [see: WD of MO, 05-05057, on appeal, case No unknown]

## III. Defendant waived any exhaustion requirements

1. Title 5 U.S.C. § 552 (a)(6)(C)(i) states:

"Any person making a request to any agency for records under paragraph (1),(2) or (3) of this subsection shall be deemed to have exhausted his administrative remedies with respect to such request if the Agency fails to comply with the applicable time limit provisions of this paragraph..." (emphasis added)

The November 23, 2004 request was acknowledged on December 6, 2004. There was no mention of any delay in records. By February 26, 2005, the Plaintiff clearly exhausted his administrative remedies. More than twenty days (Title 5 USC § 552 (a)(6)(A)(i) have elapsed. No exceptional circumstances existed. There was no need for the Plaintiff to appeal, when he already exhausted

-3-

his adminstratue remedies, as defined by law.

THEREFORE, for the above reasons, this Court should grant the Plaintiff the relief requested and compel the FBI to release the requested documents.

Respectfully submitted

Date: 10-Oct-06

Gary L. Smith, Pro Se

#52962-019
PO Box 150160
Atlanta, Georgia 30315

-4-

CERTIFICATE OF SERVICE

I, Gary L. Smith, hereby certify that a true and correct copy of the foregoing Objections to Memorandum Order was sent via First Class, Postage Pre-Paid Mail using the United States Postal Service on this 10th day of October 2006 and addressed to the following parties:

United States District Court
attn: Clerk of the Court
333 Constitution Avenue, NW
Washington, DC 20001

Megan L. Rose
Assistant United States Attorney
555 4th Street, NW
Washington DC 20530

Executed on: 10-Oct-06      by: _____
                                Gary L Smith