22-August-06                                                                page 1 of 3

Federal Bureau of Investigation
2635 Century Parkway, NE
Suite 400
Atlanta, Georgia 30045

RE: Freedom of Information Request

CERTIFIED MAIL: 7006 0810 0002 1920 1986

Dear Sirs:

Pursuant to Title 5 U.S.C. § 552, the Freedom of Information Act, and Title 5 U.S.C. § 552a, the Privacy Act, I am requesting disclosure and copies of the following information:

① All documents regarding seizure number 3040-02-F-0133, including but not limited to:
   a) Inventory Lists; and
   b) Location of items.
② Investigative notes, documents, memorandums (official or unofficial, no matter if permanent or temporary in nature), data, e-mails (inter- or intra- departmental) and/or any other information that references myself.
③ Any adverse action or disciplinary reports on Agent Cameron Roe.
④ Copies of all data (including, but not limited to) — all files, e-mails and/or other data from my seized computer equipment

This request is directed to your field office persuant to David M.

FBI-Atlanta/FOIA                                page 2 of 3
22-Aug-06

Hardy, Section Chief, response to my FOIA request no. 1039550.

I declare under penalty of perjury under the laws of the United States of America that I am:
    Gary L. Smith
    DOB: July 20, 1966 in Bethlehem, Pennsylvania

My current address is:  Gary L. Smith
    #52962-019
    P.O. Box 150160
    Atlanta, Georgia  30315

This declaration is made in lieu of my notarized signature, pursuant to Title 28 U.S.C. § 1746.

I request this information for non-commercial purposes. Pursuant to Title 5 U.S.C. § 552(a)(4)(A)(iii), I am requesting a waiver of any and all fees associated with this request because:
1) Disclosure is in the public's interest and is likely to contribute significantly to the public understanding of the operations of the government; and
2) This information is discoverable under Habeas Corpus proceeding (refer to: 05-05057, W.D. of MO – Smith v USA) under rules of discovery. Because my need to demonstrate my illegal confinement greatly outweighs any governmental interest in non-disclosure. See Rice v Black 112 FRD 620.

If any part of this request cannot be disclosed, I am requesting pursuant to Title 5 U.S.C. § 552(b), that any reasonable, segregable portions be provided after redaction of exempt portions. Any redactions shall be indicated on the released portions and the amount of information shall be indicated at the place where redaction has occured.

Pursuant to Title 5 U.S.C. § 552(a)(6)(A)(i), I am expecting a reply within twenty (20) days (excluding Saturdays, Sundays and legal public holidays) upon receipt of this request.

You may respond to this request to me at:

Gary L. Smith
# 52962-019
P.O. Box 150160
Atlanta, Georgia 30315

Sincerely

*[signature]*

Gary L. Smith